AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keenan, Barbara M. | U.S. Court of Appeals, 4th Circuit | 05/1/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

110 N. Royal Street
Suite 305
Alexandria, VA 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Co-Trustee | Trust #4 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | Retirement Income - Commonwealth of Virginia | $139,463.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Virginia Retirement System-Monthly Payment |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America-Bank Accounts | E | Interest | N | T | | | | | |
| 2. BB&T -Bank Accounts | A | Interest | J | T | | | | | |
| 3. Jefferson County, WV-_____ farmland, 25% interest | A | Rent | M | Q | | | | | |
| 4. Jefferson County, WV-_____ farm + structures-25% int | B | Rent | O | Q | | | | | |
| 5. Bank of America Brokerage Account #1: | | | | | | | | | |
| 6. BB&T Bank Corp. common stock | E | Dividend | N | T | | | | | |
| 7. Cisco Systems-common stock | | None | L | T | | | | | |
| 8. Coca Cola Corp.-common stock | A | Dividend | J | T | | | | | |
| 9. Dell Inc.-common stock | | None | J | T | | | | | |
| 10. Freeport McMoran-common stock | | None | L | T | | | | | |
| 11. Glaxo SmithKline-common stock | A | Dividend | J | T | | | | | |
| 12. Medco Health Solutions-common stock | | None | J | T | | | | | |
| 13. Merk & Co.-common stock | B | Dividend | K | T | | | | | |
| 14. Pfizer Inc.-common stock | C | Dividend | L | T | | | | | |
| 15. Time Warner Cable-common stock | | None | J | T | | | | | |
| 16. Time Warner Inc.-common stock | B | Dividend | K | T | | | | | |
| 17. Wells Fargo & Coo.-common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America Tax-Exempt Reserves CL | A | Interest | K | T | | | | | |
| 19. Bank of America Brokerage Acct. #2 (IRA) | | | | | | | | | |
| 20. Pfizer, Inc.-common stock | C | Dividend | K | T | | | | | |
| 21. MFS Growth Fund Port Class A | | None | J | T | | | | | |
| 22. Bank of America Cash Reserves Class A | A | Interest | J | T | | | | | |
| 23. Bank of America Brokerage Acct. #3 | | | | | | | | | |
| 24. Coca Cola Co.-common stock | A | Dividend | J | T | | | | | |
| 25. General Electric-common stock | C | Dividend | K | T | | | | | |
| 26. Intel Corp.-common stock | A | Dividend | K | T | | | | | |
| 27. IBM-common stock | B | Dividend | L | T | | | | | |
| 28. Microsoft Corp. - common stock | B | None | | | Sold | 12/21/11 | L | | |
| 29. Pfizer Inc.-common stock | C | Dividend | L | T | | | | | |
| 30. Bank of America Muni Reserves Money Market | A | Interest | J | T | | | | | |
| 31. Federal Thrift Savings Plan G Fund (X) | | None | K | T | | | | | |
| 32. Merrill Lunch Brokerage Acct (IRA- | | | | | | | | | |
| 33. AIM International | A | Interest | J | T | | | | | |
| 34. Allianz NFJ Dividend | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Blackrock Global Growth Fund | | None | J | T | | | | | |
| 36. Davis Financial FD | | None | J | T | | | | | |
| 37. Jennison 20/20 Focus | | None | J | T | | | | | |
| 38. JP Morgan Equity Income Fund | A | Interest | J | T | | | | | |
| 39. MFS International New Discovery Fund | A | Interest | J | T | | | | | |
| 40. Thornburg Core Growth Fund | | None | J | T | | | | | |
| 41. Touchstone Large Cap Growth Fund | | None | J | T | | | | | |
| 42. Commonwealth of VA Defined Contribution Plan | | | | | | | | | |
| 43. Treasury Bill-Money Mkt Fnd | | None | M | T | | | | | |
| 44. S&P 500 Index | | None | K | T | | | | | |
| 45. Active Inflation Pro Bond Fund | | None | L | T | | | | | |
| 46. International Equity Index Fund | | None | K | T | | | | | |
| 47. Active Global Equity Fund | | None | K | T | | | | | |
| 48. 401(a) Cash Match-S&P 500 Index Fund | | None | J | T | | | | | |
| 49. Commonwealth of VA Defined Contribution Plan | | | | | | | | | |
| 50. Treasury Bill Money Market Fund | | None | M | T | | | | | |
| 51. S&P 500 Index Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Active Inflation Pro Bond Fund | | None | L | T | | | | | |
| 53. International Equity Index Fund | | None | K | T | | | | | |
| 54. Active Global Equity Fund | | None | K | T | | | | | |
| 55. 401(a) Cash Match S&P Index | | None | J | T | | | | | |
| 56. TRUST #1: | | | | | | | | | |
| 57. BB&T Corp. Accounts | E | Interest | M | T | | | | | |
| 58. TRUST #2: | | | | | | | | | |
| 59. BB&T Corp. Bank Accounts | C | Interest | M | T | | | | | |
| 60. SunTrust Bank Account | A | Interest | J | T | | | | | |
| 61. Pfizer Corp. common stock | E | Dividend | O | T | | | | | |
| 62. TRUST #3: | | | | | | | | | |
| 63. BB&T Corp. Account | A | Interest | J | T | | | | | |
| 64. Wells Fargo Brokerage Account | | | | | | | | | |
| 65. 3M Co.-common stock | B | Dividend | K | T | | | | | |
| 66. Altria Group Inc.-common stock | C | Dividend | K | T | | | | | |
| 67. Boeing-common stock | B | Dividend | K | T | | | | | |
| 68. Cisco Systems-common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Freeport McMoran-Class B Stock | D | Dividend | M | T | | | | | |
| 70. General Electric-common stock | D | Dividend | L | T | | | | | |
| 71. Hewlett Packard-common stock | A | Dividend | J | T | | | | | |
| 72. IBM-common stock | A | Dividend | L | T | | | | | |
| 73. Kraft Foods-Class A stock | B | Dividend | K | T | | | | | |
| 74. Marriott Int'l.-common stock | B | Dividend | L | T | | | | | |
| 75. Marriott Vacations (X) | C | Dividend | J | T | | | | | |
| 76. Medco Health Solutions-common stock | | None | J | T | | | | | |
| 77. Merk & Co.-common stock | A | Dividend | J | T | | | | | |
| 78. Mylan, Inc.-common stock | | None | K | T | | | | | |
| 79. Philip Morris-common stock | C | Dividend | L | T | | | | | |
| 80. Reynolds American-common stock | A | Dividend | K | T | | | | | |
| 81. Time Warner Cable-common stock | A | Dividend | J | T | | | | | |
| 82. Time Warner Inc. New Com | A | Dividend | J | T | | | | | |
| 83. MFS Muni Inc. Fd-Class A Stock | D | Dividend | M | T | | | | | |
| 84. Trust #4: | | | | | | | | | |
| 85. Pfizer, Inc.-common stock | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BB&T Corp. Accounts | C | Interest | M | T | | | | | |
| 87. USAA Accounts | B | Interest | L | T | | | | | |
| 88. Wells Fargo Brokerage Account: | | | | | | | | | |
| 89. Pfizer Inc.-common stock | E | Dividend | N | T | | | | | |
| 90. Eaton Vance Sr. Floating Rate Bond | B | Dividend | K | T | | | | | |
| 91. Federated Premier Muni Bond Fund | B | Dividend | K | T | | | | | |
| 92. Henrico Cnty, VA Economic Dev. Auth. West Canterbury CFN | D | Interest | M | T | | | | | |
| 93. Peninsula Parts Auth VA-Coal Term. Res. Ref. | B | Interest | K | T | | | | | |
| 94. Roanoke City, VA Ind. Develop. Auth. Res. Care FC | B | Interest | | | Sold | 3/24/11 | J | | |
| 95. Winchester VA Indl. Develop. Auth. Res. Care Fac. Rev. Serv. | B | Interest | K | T | | | | | |
| 96. Sentinel Short Maturity Government (X) | B | Interest | | | Sold | 8/1/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 05/1/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Keenan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544